UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

      Plaintiff,                               Case No. 25-10169

v.                                              Honorable Nancy G. Edmunds

ALEXIS FRANCIS D'ARAUJO, *et al.*,

      Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JUNE 6, 2025 REPORT AND RECOMMENDATION [25]**

      This lawsuit was filed by pro se Plaintiff Mark W. Dobronski. The case has been referred to Magistrate Judge David R. Grand for all pre-trial matters. (ECF No. 13.) Before the Court is the Magistrate Judge's report and recommendation to deny the motions to dismiss filed by Defendants United of Omaha Life Insurance Company and Alexis Francis D'Araujo as moot in light of Plaintiff filing, and the Court accepting, a first amended complaint. (ECF No. 25.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 25). Accordingly, Defendants' motions to dismiss the original complaint (ECF Nos. 8, 19) are DENIED without prejudice to the ability to file an appropriate motion with respect to the first amended complaint.

1

SO ORDERED.

s/Nancy G. Edmunds  
Nancy G. Edmunds  
United States District Judge

Dated: July 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2025, by electronic and/or ordinary mail.

s/Marlena Williams  
Case Manager